~~ANDRÉ BIROTTE JR.~~
~~United States Attorney~~
~~LEON W. WEIDMAN~~
~~Assistant United States Attorney~~
~~Chief, Civil Division~~
~~KATHERINE R. LOO [C.S.B.N. 162029]~~
~~Special Assistant United States Attorney~~
   ~~Social Security Administration, Region IX~~
   ~~160 Spear St., Suite 800~~
   ~~San Francisco, CA 94105~~
   ~~Telephone: 415-977-8958~~
   ~~Facsimile: 415-977-8915~~
   ~~e-mail: Katherine.Loo@ssa.gov~~
~~Attorneys for Defendant~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GRACIELA GOMEZ,<br><br>   Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 11-1915 AN<br><br>~~[PROPOSED]~~ JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 17, 2012          /s/ Arthur Nakazato
                                HON. ARTHUR NAKAZATO
                                UNITED STATES MAGISTRATE JUDGE