LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
Shy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GRACIELA GOMEZ, ) | No.  EDCV 11-01915 AN |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE

THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the

terms of the stipulation.

DATE:  October 9, 2012  _____

HON. ARTURO HUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-